| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR 05-1023-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 08 CRIM 303 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| APRYL McNEIL | Northern District of Iowa | Cedar Rapids |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Linda R. Reade, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/04/2008   TO 01/03/2010 |

OFFENSE

21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) and 846 - Conspiracy to Distribute Schedule II and IV Controlled Substances
18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(h) - Conspiracy to Launder Money

*(stamp: FILED APR 0 8 2008)*
*(stamp: Judge Buchwald)*

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

March 26, 2008  *(signed: Linda Reade)*
*Date*   *United States District Judge*

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

0 8 2008
*Effective Date*

*(signed: James C. Francis IV)*
*United States District Judge*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT